## F. WOODWARD LEWIS, JR. *v.* WILLIAM H. CASHMAN
## (8150)

DUPONT, C. J., FOTI and LAVERY, Js.

Argued January 9—decision released January 18, 1990

*F. Woodward Lewis, Jr.,* pro se, the appellant (plaintiff).

*Elizabeth M. Cristofaro,* for the appellee (defendant).

PER CURIAM. There is no error.